IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| KT IMAGING USA, LLC,<br><br>                                   Plaintiff,<br><br>v.<br><br>ANKER INNOVATIONS LTD.,<br><br>                                   Defendant. | Civil Action No.: 6:22-cv-00872-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR ENTRY OF AGREED SCHEDULING ORDER**

Pursuant to the April 4, 2023 Standing Order Governing Proceedings in Patent Cases (OGP) Version 4.3, Plaintiff KT Imaging USA, LLC and Defendant Anker Innovations Ltd., respectfully request the Court to enter the attached agreed Scheduling Order.

| | |
|---|---|
| Dated: October 6, 2023 | Dated: October 6, 2023 |
| Respectfully submitted, | Respectfully submitted, |
| By: */s/ Andrey Belenky* | By: */s/ Melissa R. Smith* |
| Dmitry Kheyfits<br>dkheyfits@kblit.com<br>Brandon G. Moore<br>bmoore@kblit.com<br>KHEYFITS BELENKY LLP<br>12600 Hill Country Blvd.<br>Suite R-275<br>Austin, TX 78738<br>Tel: 737-228-1838<br>Fax: 737-228-1843<br><br>Andrey Belenky<br>abelenky@kblit.com | Melissa R. Smith<br>Texas Bar No. 24001351<br>melissa@gillamsmithlaw.com<br>GILLAM & SMITH, LLP<br>303 South Washington Avenue<br>Marshall, Texas 75670<br>Tel: (903) 934-8450<br><br>*Attorney for Anker Innovations Ltd.* |

Hanna G. Cohen
hgcohen@kblit.com
KHEYFITS BELENKY LLP
80 Broad Street, 5th Floor
New York, NY 10004
Tel: 212-203-5399
Fax: 212-203-6445

*Attorneys for Plaintiff*
*KT Imaging USA, LLC*

- 3 -

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on October 6, 2023, and it was served via CM/ECF on all counsel who are deemed to have consented to electronic service.

        /s/ *Andrey Belenky*
        Andrey Belenky